IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THE DAE COMPOUND, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:25-cv-710-RAH |
| | ) |
| SANDRAY MCVEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

On October 2, 2025, the Magistrate Judge entered a Recommendation (doc. 10) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

(1) The Recommendation of the Magistrate Judge (doc. 10) is **ADOPTED**;

(2) This case shall be **TRANSFERRED** to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a); and

(3) The Clerk of Court is **DIRECTED** to take all necessary actions to effectuate the transfer.

DONE, on this the 20th day of October 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE